# UNITED STATES DISTRICT COURT

Western District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v. | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release) |
| CHRISTOPHER JOSEPH LEE EVANS | Case No.  5:14CR50069-005<br>USM No.  12461-010 |
| | Jose Manuel Alfaro<br>Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)   1, 2 & 3   of the term of supervision.

X   was found in violation of condition(s) count(s)   4 – pertaining to Possession of Drug Paraphernalia,   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Standard Condition No. 7: Use of Illicit Drugs | January 17, 2017 |
| 2 | Standard Condition No. 6: Failure to Report Change of Address | April 18, 2017 |
| 3 | Special Condition No. 1: Failure to Submit to Drug Testing / Treatment | April 20, 2017 |
| 4 | Law Violation: Possession of Drug Paraphernalia | April 25, 2017 |

X   The defendant is sentenced as provided in pages 2 through   4   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X   The defendant has not violated condition(s)   4 - pertaining to Possession W/Intent to Distribute Meth   and is discharged as to such violation.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.   3900

Defendant's Year of Birth:   1983

City and State of Defendant's Residence:
Colcord, Oklahoma 74338

May 23, 2017
Date of Imposition of Judgment

Signature of Judge

Honorable Timothy L. Brooks, United States District Judge
Name and Title of Judge

May 26, 2017
Date

DEFENDANT: CHRISTOPHER JOSEPH LEE EVANS
CASE NUMBER: 5:14CR50069-005

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **Fourteen (14) months imprisonment. No term of supervised release to follow.**

X  The court makes the following recommendations to the Bureau of Prisons:
   1. That the defendant be evaluated for placement in RDAP and placed in that program, if he qualifies and if such placement is feasible; but if placement in RDAP is not possible, that he be placed in another drug rehabilitation program within the Bureau of Prisons during his term of incarceration.
   2. That a psychological evaluation be conducted and defendant receive any mental health treatment and/or counseling deemed appropriate.

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____.
   ☐ as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____.
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: CHRISTOPHER JOSEPH LEE EVANS
CASE NUMBER: 5:14CR50069-005

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth on Sheet 6.

|  | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| TOTALS | $ -0- | $ -0- | $ -0- | $ 21,120.28*** |

***$21,120.28 is the total remaining balance of the original restitution that was ordered Joint and Several and individually

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

X The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss** | Restitution Ordered **** | Priority or Percentage |
|---|---|---|---|
| Arvest Bank<br>Deposit Risk Management<br>P.O. Box 799<br>Lowell, AR 72745 | $14,930.28 | $14,930.28 | Jointly and severally |
| Simmons 1st Bank<br>501 Main Street<br>Pine Bluff, AR 71601 | $4,271.00 | $4,271.00 | Jointly and severally |
| First Federal Bank<br>P.O. Box 550<br>Harrison, AR 72602 | $500.00 | $500.00 | Jointly and severally |
| First Security Bank<br>P.O. Box 1009<br>Searcy, AR 72145 | $780.00 | $780.00 | Jointly and severally |
| Chambers Bank<br>P.O. Box 609<br>Danville, AR 72833 | $389.00 | $389.00 | Jointly and severally |
| First National Bank of<br>Green Forest<br>210 East Main Street<br>Huntsville, AR 72740 | $850.00 | $850.00 | Owed individually |
| TOTALS | $ 21,720.28 | $ 21,720.28 | |

**** Original amount of restitution ordered. The total remaining restitution owed at revocation was $21,120.28. The total amount restitution owed is subject to change as future payments are made by joint and several defendants.

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution or a fine more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

X The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    X the interest requirement is waived for the    ☐ fine    X restitution.

    ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT:     CHRISTOPHER JOSEPH LEE EVANS
CASE NUMBER:   5:14CR50069-005

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A**  ☒ Lump sum payment of $ 21,120.28 due immediately.

    ☐ not later than _____ , or
    ☐ in accordance with  ☐ C,  ☐ D,  ☐ E, or  ☐ F below); or

**B**  ☐ Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

**C**  ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to term of supervision; or

**E**  ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay.

**F**  ☒ Special instructions regarding the payment of criminal monetary penalties:

If not paid immediately, any unpaid financial penalty shall be paid by the defendant during his term of imprisonment at a rate of up to 50% of the defendant's available funds, in accordance with the Inmate Financial Responsibility Program. During residential reentry placement, payments will be 10% of the defendant's gross monthly income. The payment of any remaining balance shall be due and payable immediately upon release.

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒  Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Joint and Several Amount and corresponding payee, if appropriate.

The remaining restitution balance to Arvest Bank, Simmons First Bank, First Federal Bank, First Security Bank, and Chambers Bank in the amount of $20,293.77 is to be paid joint and severally with the following co-defendants: Shawn Dewayne Cox, Dkt. No. 5:14CR50069-001; Erick Picker-Ramirez, Dkt. No. 5:14CR50069-003; and Spencer Mason, Dkt. No. 5:14CR50069-004.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.